**Electronically Filed**
**Supreme Court**
**SCPW-22-0000106**
**17-MAR-2022**
**07:57 AM**
**Dkt. 6 ODDP**

SCPW-22-00000106

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JOHN TIMOTHY BURGESS, Petitioner

vs.

LUISA KUHLMANN, Respondent.

ORIGINAL PROCEEDING

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition for writ of habeas corpus, filed on March 9, 2022, petitioner presents no special reason for invoking the supreme court's original jurisdiction. <u>See</u> <u>Oili v. Chang</u>, 57 Haw. 511, 512, 557 P.2d 787, 788 (1976). Therefore,

It is ordered that the petition for writ of habeas corpus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawai'i, March 17, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

